IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 10-cv-01850-WYD-KMT

GERALD LEWIS and
ALISON MAYNARD,

    Plaintiffs,

v.

JOHN GLEASON; JAMES COYLE; APRIL SEEKAMP, a/k/a APRIL McMURREY, employees of the Colorado Supreme Court Office of Attorney Regulation Counsel, in their individual capacity;
WILLIAM LUCERO, the presiding disciplinary judge of the Colorado Supreme Court, in his individual capacity;
MARY MULLARKEY; GREGORY J. HOBBS, JR.; MICHAEL BENDER, justices of the Colorado Supreme Court, in their individual capacity;
DAVID R. LASS, former Summit County District Court judge, in his individual capacity;
KAREN ROMEO, current Summit County District Court judge, in her individual capacity;
THOMAS W. OSSOLA, former Garfield County District Court judge and water judge for Water Division 5, in his individual capacity;
GILBER ROMAN; JERRY N. JONES; GALE MILLER, judges of the Colorado Court of Appeals, in their individual capacity;
KATHLEEN TAFOYA, a magistrate of the United States District Court for the District of Colorado, in her individual capacity;
WILEY DANIEL, a judge of the United States District Court for the District of Colorado, in his individual capacity;
VICTOR BOOG; ROBERT SWENSON; BRUCE E. ANDERSON; JUDITH ANDERSON; GLENN PORZAK; DON KNOX, d/b/a "StateBillNews.com;" and NELSON LANE, individuals; and
CIRCUIT MEDIA, LLC, d/b/a Law Week Colorado, a Colorado limited liability corporation,

    Defendants.

## ORDER OF RECUSAL

This matter is before the Court on a review of the case, in which I am named as a Defendant. The Complaint alleges a conspiracy and other violations in connection with

my actions as a judge in an earlier lawsuit filed by Plaintiffs, Civil Action No. 09-cv-02052-WYD-KMT. The Complaint thus appears to question my impartiality. Accordingly, I find that I should recuse myself pursuant to 28 U.S.C. § 455(a). It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated: August 12, 2010

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge