IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 10–cv–01850–CMA–KMT

ALISON MAYNARD, and
GERALD LEWIS,

    Plaintiffs,

v.

JOHN GLEASON; JAMES COYLE; APRIL SEEKAMP, a/k/a APRIL McMURREY, employees of the Colorado Supreme Court Office of Attorney Regulation Counsel, in their individual capacity;
WILLIAM LUCERO, the presiding disciplinary judge of the Colorado Supreme Court, in his individual capacity;
MARY MULLARKEY; GREGORY J. HOBBS, JR.; MICHAEL BENDER, justices of the Colorado Supreme Court, in their individual capacity;
DAVID R. LASS, former Summit County District Court judge, in his individual capacity;
KAREN ROMEO, current Summit County District Court judge, in her individual capacity;
THOMAS W. OSSOLA, former Garfield County District Court judge and water judge for Water Division 5, in his individual capacity;
GILBER ROMAN; JERRY N. JONES; GALE MILLER, judges of the Colorado Court of Appeals, in their individual capacity;
KATHLEEN TAFOYA, a magistrate of the United States District Court for the District of Colorado, in her individual capacity;
WILEY DANIEL, a judge of the United States District Court for the District of Colorado, in his individual capacity;
VICTOR BOOG; ROBERT SWENSON; BRUCE E. ANDERSON; JUDITH ANDERSON; GLENN PORZAK; DON KNOX, d/b/a "StateBillNews.com;" and NELSON LANE, individuals; and
CIRCUIT MEDIA, LLC, d/b/a Law Week Colorado, a Colorado limited liability corporation,

    Defendants.

## ORDER OF RECUSAL

This matter is before the Court on a review of the case, in which I am named as a

Defendant. The Complaint alleges a conspiracy and other violations in connection with my actions as magistrate judge in an earlier lawsuit filed by Plaintiffs, Civil Action No. 09-cv-02052-WYD-KMT. The Complaint thus appears to question my impartiality.

Title 28 U.S.C.A. § 455(a) provides, "(a) Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned." *See United States v. Pearson*, 203 F.3d 1243, 1264 (10th Cir. 2000).

Therefore, in order to avoid the appearance of impropriety, I hereby recuse myself from this action. The Clerk of Court shall assign another magistrate judge to this case.

Dated this 24th day of August, 2010.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge