**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01850-CMA-MJW

GERALD LEWIS, and
ALISON MAYNARD,

    Plaintiffs,

v.

JOHN GLEASON,
JAMES COYLE,
APRIL SEEKAMP, a/k/a APRIL McMURREY, employees of the
    Colorado Supreme Court Office of Attorney Regulation Counsel,
    in their individual capacities,
WILLIAM LUCERO, presiding disciplinary judge of the
    Colorado Supreme Court, in his individual capacity,
MARY MULLARKEY,
GREGORY J. HOBBS, JR.,
MICHAEL BENDER, justices of the Colorado Supreme Court,
    in their individual capacities,
DAVID R. LASS, former Summit County District Court judge,
    in his individual capacity,
KAREN ROMEO, current Summit County District Court judge,
    in her individual capacity,
THOMAS W. OSSOLA, former Garfield County District Court judge and
    water judge for Water Division 5, in his individual capacity,
GILBERT ROMAN,
JERRY N. JONES,
GALE MILLER, judges of the Colorado Court of Appeals,
    in their individual capacities,
VICTOR BOOG,
ROBERT SWENSON,
BRUCE E. ANDERSON,
JUDITH ANDERSON,
GLENN PORZAK,
DON KNOX, d/b/a "StateBillNews.com," and
NELSON LANE, individuals, and
CIRCUIT MEDIA, LLC, d/b/a Law Week Colorado,
    a Colorado limited liability corporation,

    Defendants.

## ORDER REGARDING PLAINTIFFS' NOTICE OF REVOCATION OF WITHDRAWAL OF TAFOYA AND DANIEL

This matter is before the Court on the Notice of Revocation of Withdrawal of Tafoya and Daniel (Doc. # 8) filed by Plaintiffs Gerald Lewis and Alison Maynard. On September 7, 2010, Plaintiffs filed a Notice of Withdrawal of Defendants Tafoya and Daniel (Doc. # 7). Pursuant to Fed. R. Civ. P. 41(a)(1)(A), a plaintiff may dismiss an action against any defendants without a court order at any time before the at-issue defendants serve either an answer or a motion for summary judgment. By voluntarily dismissing Defendants Tafoya and Daniel, Plaintiffs have effectively closed the case against them. Therefore, Plaintiffs may not re-open the case against them by filing a "Notice of Revocation of Withdrawal of Tafoya and Daniel." Plaintiff must seek leave, by motion, to re-open the case against the voluntarily dismissed Defendants. Accordingly,

IT IS ORDERED that the Notice of Withdrawal of Defendants Tafoya and Daniel (Doc. # 8) is STRICKEN.

IT IS FURTHER ORDERED that Plaintiff shall file a motion to re-open the case against the dismissed Defendants, setting forth the reasons why re-opening the case is necessary, **no later than 5:00 PM on Thursday, September 30, 2010.**

DATED:  September   17  , 2010

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge