IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 10-cv-01850-CMA-MJW

GERALD LEWIS,
and ALISON MAYNARD,

Plaintiffs,

v.

JOHN GLEASON,
JAMES COYLE,
APRIL SEEKAMP, a/k/a APRIL McMURREY, employees of the
Colorado Supreme Court Office of Attorney Regulation Counsel,
in their individual capacities,
WILLIAM LUCERO, presiding disciplinary judge of the
Colorado Supreme Court, in his individual capacity,
MARY MULLARKEY,
GREGORY J. HOBBS, JR.,
MICHAEL BENDER, justices of the Colorado Supreme Court,
in their individual capacities,
DAVID R. LASS, former Summit County District Court judge,
in his individual capacity,
KAREN ROMEO, current Summit County District Court judge,
in her individual capacity,
THOMAS W. OSSOLA, former Garfield County District Court judge and
water judge for Water Division 5, in his individual capacity,
GILBERT ROMAN,
JERRY N. JONES,
GALE MILLER, judges of the Colorado Court of Appeals,
in their individual capacities,
VICTOR BOOG,
ROBERT SWENSON,
BRUCE E. ANDERSON,
JUDITH ANDERSON,
GLENN PORZAK,
DON KNOX, d/b/a "StateBillNews.com," and
NELSON LANE, individuals, and
CIRCUIT MEDIA, LLC, d/b/a Law Week Colorado,
a Colorado limited liability corporation,

Defendants.

ORDER SETTING STATUS CONFERENCE
FOR
PRO SE PLAINTIFF(S)

The above captioned case has been referred to Magistrate Judge Michael J. Watanabe pursuant to the letter reassigning case DN 6, filed with the Court on August 24, 2010.

IT IS HEREBY ORDERED that a Status Conference shall be held on:

> November 16, 2010, at 9:30 a.m.,
> in Courtroom A-502,
> Fifth Floor,
> Alfred A. Arraj U.S. Courthouse,
> 901 19th Street,
> Denver, Colorado 80294

**Absent exceptional circumstances, no request for rescheduling any appearance in this court will be entertained <u>unless a written request is made FIVE (5) business days in advance of the date of appearance.</u>**

<u>THE PLAINTIFF(S) SHALL NOTIFY ALL PARTIES WHO HAVE NOT ENTERED AN APPEARANCE OF THE DATE AND TIME FOR THE STATUS CONFERENCE.</u>

FURTHER, it is ORDERED that plaintiff(s) shall forthwith serve **each defendant** with service of process consistent with Federal Rule of Civil Procedure 4.

FURTHER, it is ORDERED that at the Status Conference the pro se Plaintiff(s) shall:

1. Provide written proof of service of process on **ALL** defendants **or** show cause why this case should not be dismissed for lack of service of process and/or failure to prosecute;

2. Inform this court on whether you intend to retain legal counsel. If you intend to retain legal counsel, then you shall be prepared to inform this court, on the record, of what efforts you have made to retain legal counsel; and,

3. Become familiar with the following Rules: (a) the Federal Rules of Civil Procedure, (b) the United States District Court for the District of Colorado Local Rules of

Practice, and (c) the Federal Rules of Evidence. These sets of rules shall apply in this case.

Please remember that **everyone** seeking entry into the Alfred A. Arraj United States Courthouse will be required to show valid photo identification. See D.C.COLO.LCivR 83.2B. Failure to comply with this requirement will result in denial of entry into the Alfred A. Arraj United States Courthouse.

Done and signed this 30th day of September, 2010.

BY THE COURT:

s/Michael J. Watanabe
MICHAEL J. WATANABE
United States Magistrate Judge