IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01850-CMA-MJW

GERALD LEWIS and
ALISON MAYNARD,

Plaintiff(s),

v.

JOHN GLEASON,
JAMES COYLE, and
APRIL SEEKAMP a/k/a APRIL MCMURREY,
WILLIAM LUCERO,
MARY MULLARKEY,
GREGORY J. HOBBS, JR.,
MICHAEL BENDER,
DAVID R. LASS,
KAREN ROMEO,
THOMAS W. OSSOLA,
GILBERT ROMAN,
JERRY N. JONES,
GALE MILLER,
VICTOR BOOG,
ROBERT SWENSON,
BRUCE E. ANDERSON,
JUDITH ANDERSON,
GLENN PORZAK,
DON KNOX, d/b/a "StateBillNews.com"
NELSON LANE, and
CIRCUIT MEDIA, LLC, d/b/a Law Week Colorado,

Defendant(s).

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

      It is hereby **ORDERED** that Pro Se Plaintiff Maynard's Notification and Request for Clarification (docket no. 54) is **DENIED**. It is clear that this Pro Se Plaintiff does not understand that a named defendant could be served with the complaint and not have his or her attorney enter an appearance at the time this court set the Rule 16 Scheduling Conference and therefore such defendant would be unaware of the Rule 16

Scheduling Conference set on November 16, 2010, at 9:30 a.m. before Magistrate Judge Watanabe.

     It is **FURTHER ORDERED** that **both** Pro Se Plaintiffs shall meet and confer with all defendants or with the attorneys representing such defendants forthwith and prepare the Proposed Rule 16 Scheduling Order so that it can be filed with the court within five (5) days prior to the Rule 16 Scheduling Conference.


Date:   October 21, 2010