**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 10-cv-01850-CMA-MJW

GERALD LEWIS, and
ALISON MAYNARD,

    Plaintiffs,

v.

JOHN GLEASON,
JAMES COYLE,
APRIL SEEKAMP, a/k/a APRIL McMURREY, employees of the
    Colorado Supreme Court Office of Attorney Regulation Counsel,
    in their individual capacities,
WILLIAM LUCERO, presiding disciplinary judge of the
    Colorado Supreme Court, in his individual capacity,
MARY MULLARKEY,
GREGORY J. HOBBS, JR., justices of the Colorado Supreme Court,
    in their individual capacities,
DAVID R. LASS, former Summit County District Court judge,
    in his individual capacity,
KAREN ROMEO, current Summit County District Court judge,
    in her individual capacity,
THOMAS W. OSSOLA, former Garfield County District Court judge and
    water judge for Water Division 5, in his individual capacity,
GILBERT ROMAN,
JERRY N. JONES,
GALE MILLER, judges of the Colorado Court of Appeals,
    in their individual capacities,
VICTOR BOOG,
ROBERT SWENSON,
BRUCE E. ANDERSON,
JUDITH ANDERSON,
GLENN PORZAK,
DON KNOX, d/b/a "StateBillNews.com," and
NELSON LANE, individuals, and
CIRCUIT MEDIA, LLC, d/b/a LAW WEEK COLORADO,
    a Colorado limited liability corporation,

    Defendants.

2

---

**ORDER TO DISMISS PARTY DEFENDANT AND AMEND CAPTION**

---

In light of Plaintiffs' Notice of Dismissal of Michael Bender (Doc. # 95), the Court hereby ORDERS that Michael Bender shall be DISMISSED as a Defendant in this case, effective December 20, 2010.

Further, the Court notes that Wiley Daniel and Kathleen Tafoya were removed as Defendants in this case effective September 7, 2010.  Therefore, the Court FURTHER ORDERS that the caption on all subsequent filings shall reflect the removal of Wiley Daniel, Kathleen Tafoya, and Michael Bender as Defendants in this case, as set forth above.

DATED:  January  31 , 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge