IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. Civil Case No. 10-cv-01850-REB-MJW

GERALD LEWIS, and
ALISON MAYNARD,

Plaintiffs,

v.

JOHN GLEASON,
JAMES COYLE, and
APRIL SEEKAMP, a/k/a APRIL McMURREY, employees of the Colorado Supreme
    Court Office of Attorney Regulation Counsel, in their individual capacity,
WILLIAM LUCERO, presiding disciplinary judge of the Colorado Supreme Court, in his
    individual capacity,
MARY MULLARKEY,
GREGORY J. HOBBS, JR., and
MICHAEL BENDER, justices of the Colorado Supreme Court, in their individual
    capacity,
DAVID R. LASS, former Summit County District Court judge, in his individual capacity,
KAREN ROMEO, current Summit County District Court judge, in her individual capacity,
THOMAS W. OSSOLA, former Garfield County District Court judge and water judge for
    Water Division 5, in his individual capacity,
GILBERT ROMAN,
JERRY N. JONES, and
GALE MILLER, judges of the Colorado Court of Appeals, in their individual capacity,
VICTOR BOOG,
ROBERT SWENSON,
BRUCE E. ANDERSON,
JUDITH ANDERSON,
GLENN PORZAK,
DON KNOX, d/b/a "StateBillNews.com" and
NELSON LANE, individuals, and
CIRCUIT MEDIA, LLC, d/b/a Law Week Colorado, a Colorado limited liability
    corporation,

Defendants.
_____

AMENDED TRANSFER ORDER
_____

THIS MATTER is before the Court on review of the file. Pursuant to

D.C.COLO.LCivR 40.1, this matter is hereby TRANSFERRED to **Senior District Judge John L. Kane** with the understanding that Senior District Judge Kane will assume responsibility for the future management of the case including consideration of all future pre-trial and post-trial motions and matters, the actual trial of the case, and issues arising during jury deliberation.

Dated:  March 24, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge